KRISTINA L. HILLMAN, Bar No. 7752
LAW OFFICES OF KRISTINA L. HILLMAN
Affiliated with Weinberg, Roger & Rosenfeld
A Professional Corporation
1594 Mono Avenue
P.O. Box 1987
Minden, Nevada  89423
Telephone:  (775) 770-4832
Fax:            (775) 782-6932
E-Mail:  khillman@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the NATIONAL ROOFING INDUSTRY PENSION FUND; NATIONAL ROOFERS UNION HEALTH AND WELFARE FUND; ROOFERS AND WATERPROOFERS RESEARCH AND EDUCATION JOINT TRUST FUND; and ROOFERS APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND LOCAL 162 FOR CLARIC, ESMERALDA, LINCOLN & SOUTH NYE COUNTIES,<br><br>                Plaintiffs,<br><br>  v.<br><br>LAMAR VON NOORDA, individually; ELISE H. NOORDA, individually; and FOURSQUARE ROOFS & WALLS INC., a Nevada corporation,<br><br>                Defendants. | Case No. 2:16-cv-00170-JAD-CWH<br><br>**STIPULATION EXTENDING TIME FOR FILING DISPOSITIVE MOTIONS AND (PROPOSED) ORDER**<br><br>HON. MAGISTRATE JUDGE CARL W. HOFFMAN |

//

//

//

//

//

//

//

1

STIPULATION EXTENDING TIME FOR FILING DISPOSITIVE MOTIONS AND (PROPOSED) ORDER
Case No. 2:16-cv-00170-JAD-CWH

Pursuant to the Court's Scheduling Order of June 9, 2016, the deadline for filing dispositive motions is March 17, 2017. The parties, by and through their counsel of record hereby stipulate and agree to extend the time for filing a dispositive motion by fourteen (14) days), or until Friday, March 31, 2017, to file and serve any opposition and reply based on the Federal Rules of Civil Procedure and Local Rules.

Dated: March 16, 2017

LAW OFFICES OF KRISTINA L. HILLMAN
Affiliated with Weinberg, Roger & Rosenfeld
A Professional Corporation

Respectfully Submitted:

By: */s/ Kristina L. Hillman*
KRISTINA L. HILLMAN
Attorneys for Plaintiffs

Dated: March 16, 2017

KOLESAR & LEATHAM

Respectfully Submitted:

By: */s/ Bart K. Larsen*
BART K. LARSEN
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: March 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE

140341\906525

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and an employee in the County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501.

I hereby certify that on March 16, 2017, I electronically filed the forgoing **STIPULATION EXTENDING TIME FOR FILING DISPOSITIVE MOTIONS AND (PROPOSED) ORDER** with the United States District Court, District of Nevada, by using the Court's CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Notice of Electronic Filing by CM/ECF system.

I certify under penalty of perjury that the above is true and correct.  Executed at Alameda, California, on March 16, 2017.

*/s/ Jennifer Watkinson*
Jennifer Watkinson