# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the NATIONAL ROOFING INDUSTRY PENSION FUND, et al.,

Plaintiffs,

vs.

LAMAR VAN NOORDA, et al.,

Defendants.

Case No. 2:16-cv-00170-JAD-CWH

**ORDER**

On May 23, 2017, the court entered an order (ECF No. 46) requiring Plaintiffs to file proof of service of their motion for contempt on Mr. Edwyn Mendez. In reviewing the docket in this case, it has come to the court's attention that proof of service (ECF No. 43) was filed. The court therefore vacates its previous order (ECF No. 46).

IT IS SO ORDERED.

DATED: May 24, 2017

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**