# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

The Board of Trustees in their capacities as
Trustees of the National Roofing Industry
Pension Fund, et al.,

                Plaintiffs,

V.

Lamar Noorda, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE
FOR ATTORNEY'S FEES**

Case Number: 2:16-cv-00170-JAD-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered. Attorneys' Fees and Costs awarded to Plaintiffs. See [72] Order for details.

| | |
|---|---|
| 12/4/2017 | /s/ Debra K. Kempi |
| Date | Clerk |
| | /s/ M. Reyes |
| | (By) Deputy Clerk |